No. 76–568.   WHITE & CASE ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION.   C. A. D. C. Cir.   Certiorari denied.

No. 76–575.   KUTAS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 76–583.   WRIGHT *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 76–584.   SINCLAIR *v.* HANOVER INSURANCE CO. ET AL. C. A. 9th Cir.   Certiorari denied.

No. 76–586.   COPLEN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 76–589.   BIRCHFIELD *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 76–623.   BANKERS LIFE & CASUALTY CO. *v.* HOFFMANN, SECRETARY OF THE ARMY, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 76–626.   HEFTEL BROADCASTING HONOLULU, INC. *v.* WONG, DIRECTOR OF TAXATION.   Sup. Ct. Hawaii.   Certiorari denied.

No. 76–632.   LORD, BISSELL & BROOK ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION.   C. A. D. C. Cir.   Certiorari denied.

No. 76–637.   RUSSELL CORP. *v.* UNITED STATES.   Ct. Cl. Certiorari denied.

No. 76–661.   WOOLEN ET AL. *v.* UNITED STATES; and
No. 76–5471.   WOOLEN *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.